IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| RAY DALE HOOKS, #909360 | § | |
| VS. | § | CIVIL ACTION NO. 2:04cv389 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

    The above-entitled and numbered civil action was referred to United States Magistrate Judge Charles Everingham, IV, who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus should be denied. Both parties have filed objections. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the parties to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

    **ORDERED** that the Petition for a Writ of Habeas Corpus is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All other motions by either party not previously ruled on are hereby **DENIED**.

    SIGNED this 14th day of August, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE